# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

**VERONIQUE M. LAFONT,**                                   3:16-cv-02072-SB

        **Plaintiff,**                                        ORDER

**v.**

**FEDERAL EXPRESS CORPORATION,**
**dba Fed Ex, a Delaware**
**corporation.**

        **Defendant.**


**LINDA L. MARSHALL**
PMB 408
3 Monroe Parkway, Suite P
Lake Oswego, OR 97035
(503) 699-8477

      Attorney for Plaintiff

**BRIAN K. COLEMAN**
Federal Express Corporation
3620 Hacks Cross Rd., Bldg. B-3rd Fl.
Memphis, TN 38125
(901) 434-8574

**MICHAEL G. MCCLORY**
Bullard Law
200 S.W. Market St, Suite 1900
Portland, OR 97201
(503) 248-1134

      Attorneys for Defendant


1  -  ORDER

**BROWN, Judge.**

Magistrate Judge Stacie F. Beckerman issued Findings and Recommendation (#23) on September 22, 2017, in which she recommends this Court grant Plaintiff's Motion (#15) for Leave to Amend the Complaint solely to replace Plaintiff's statutory claims with contract claims subject to correcting the pleading deficiencies set out in the Findings and Recommendation. The Magistrate Judge also recommends this Court deny Defendant's Motion (#20) to Supplement the Record. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court finds no error.

<u>CONCLUSION</u>

The Court **ADOPTS** Magistrate Judge Beckerman's Findings and Recommendation (#23). Accordingly, the Court **GRANTS** Plaintiff's Motion (#15) for Leave to Amend the Complaint solely to replace

her statutory claims with contract claims subject to correcting the pleading deficiencies set out in the Findings and Recommendation and **DENIES** Defendant's Motion (#20) to Supplement the Record.

The Court returns this matter to the magistrate judge for further proceedings consistent with the Findings and Recommendation.

IT IS SO ORDERED.

DATED this 30th day of October, 2017.


/s/ Anna J. Brown

_____
ANNA J. BROWN
United States Senior District Judge